UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Cengiz J. Comu | §<br>§<br>§<br>§ | |
| Debtor(s) | § | Case No.:   09–38820–sgj7<br>Chapter No.:  7 |
| King Louie Mining, LLC  et al. | § | |
| Plaintiff(s) | § | Adversary No.:   10–03269–sgj |
| vs.<br>Cengiz J. Comu  et al. | §<br>§ | Civil Case No.: |
| Defendant(s) | §<br>§ | |
| Cengiz J. Comu, aka CJ Comu | § | |
| Appellant(s) | §<br>§ | |
| vs.<br>King Louie Mining, LLC, King Louie Enterprises, LLC<br>and Ronald Katz | §<br>§<br>§ | |
| Appellee(s) | §<br>§ | |

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ Two copies of the Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ Two copies of the Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

- ☐ Two copies of the Proposed Findings of Fact and Conclusions of Law.

- ☐ Two copies of Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

- ☑ Other Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ Two copies of:

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753–2200.

DATED:  8/14/14                    FOR THE COURT:
                                   Tawana C. Marshall, Clerk of Court

                                   by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: _09–38820–sgj7_

Adversary No.: _10–03269–sgj_

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G. Jernigan
    Anna Saucier
    Laura Smith
    Attorney(s) for Appellant
    US Trustee

**Appellant**   Cengiz J. Comu, aka CJ Comu

Pro Se
Cengiz J. Comu
15455 Dallas Parkway, Ste. 600
Addisons, TX 75001
9729652545

**Appellee**   King Louie Mining, LLC, King Louie Enterprises LLC and Ronald Katz

Emil Lippe, Jr.
Law Offices of Lippe & Associates
Plaza of the Americas, South Tower
600 N. Pearl Street, Suite S2460
Dallas, TX 75201
2148551850

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Cengiz J. Comu | § § § § Debtor(s) | Case No.: 09–38820–sgj7<br>Chapter No.: 7 |
| King Louie Mining, LLC et al.<br>vs.<br>Cengiz J. Comu et al. | § Plaintiff(s) § § § Defendant(s) | Adversary No.: 10–03269–sgj |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**
Cengiz J. Comu, aka CJ Comu

**APPELLEE**
King Louie Mining, LLC, King Louie Enterprises, LLC, and Ronald Katz

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
C.J. Comu, Pro Se
15455 Dallas Parkway
Ste. 600
Addison, TX 75001
972–965–2545

Attorney's (If Known)
Emil Lippe, Jr.
Law Offices of Lippe & Associates
Plaza of the Americas, Ste. S2460
Dallas, TX 75201
214–855–1850

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff
○ 2  U.S. Government Defendant
⦿ 3  Federal Question (U.S. Government Not a Party)
○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

⦿ 422 Appeal 28 USC 158    ○ 423 Withdrawal 28 USC 157    ○ 890 Other Statutory Actions

**V. ORIGIN**

○ 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC 158

Brief description of cause:
Motion for leave to appeal

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                              Docket Number:

DATED: 8/14/14

FOR THE COURT:
Tawana C. Marshall, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk